David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, ROBERT READY*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT READY,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendant. | Case No. 2:18-cv-01380-GMN-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

  Plaintiff ROBERT READY and Defendant EQUIFAX INFORMATION SERVICES, LLC hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

…

…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).  Each party shall bear its own attorney's fees, and costs of suit.

Dated: November 5, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Bradley T. Austin, Esq. |
| David H. Krieger, Esq. | Bradley T. Austin, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 13064 |
| HAINES & KRIEGER, LLC | SNELL & WILMER, LLP |
| 8985 S. Eastern Avenue | 3883 Howard Hughes Parkway |
| Suite 350 | Suite 1100 |
| Henderson, Nevada 89123 | Las Vegas, NV 89169 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**IT IS SO ORDERED.**

Dated this __8__ day of November, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT